**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1764**

In re: DOUGLAS GERRELLE PITTMAN,

          Petitioner.

On Petition for Writ of Mandamus.
(1:16-cr-00020-WO-1; 1:18-cv-00498-WO-JEP)

Submitted:  December 22, 2020          Decided:  December 28, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Douglas Gerrelle Pittman, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Gerrelle Pittman petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals recent significant action on Pittman's § 2255 motion specifically, the magistrate judge issued an order and recommendation. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*